UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| KEVIN FERNANDEZ, | |
| Plaintiff, | 3:06-cv-00628-LRH-RAM |
| v. | |
| STATE OF NEVADA, et al., | O R D E R |
| Defendants. | |

Before this Court is Report and Recommendation of U.S. Magistrate Robert A. McQuaid, Jr. (#107[1]) entered on August 6, 2008, recommending denying Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#47) filed on February 11, 2008. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendations (#119) on August 19, 2008, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations on September 4, 2008 (#125), pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#107) entered on August 6, 2008, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#107) entered on August 6, 2008, is adopted and accepted, and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (#47) is moot and is, therefore, DENIED.

IT IS SO ORDERED.

DATED this 13th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE