UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

KEVIN FERNANDEZ,)
)   3:06-cv-00628-LRH-RAM
          Plaintiff,)
)   <u>ORDER</u>
vs.)
)
STATE OF NEVADA, et al.,)
)
          Defendants.)
)

Before the court is Plaintiff's Motion for Stay of Order (#64) Pending Appeal (#70[1]), Government's Response to Motion for Stay of Order Pending Appeal (#76), and Plaintiff's Reply (#84).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes as follows: the Magistrate Judge's ruling (#7) was neither clearly erroneous nor contrary to law; Plaintiff has failed to show a likelihood of success on appeal, and Order (#64) is not an appealable decision.

Plaintiff's Motion for Stay of Order (#64) Pending Appeal (#70) is denied.

IT IS SO ORDERED.

DATED this 13th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28