UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| KEVIN FERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cv-00628-LRH-RAM |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is Plaintiff's Motion for Review and Objections to Magistrate's Decision (#41), Defendants filed their response (#44) and Plaintiff replied (#50). Plaintiff's motion challenges the Magistrate Judge's denial of Plaintiff's motion for injunction (#11) and Plaintiff's motion to stay pending appeal (#13). The court will treat the Magistrate's Minute Order (#35) as a Report and Recommendation relative to the typewriter and pseudonym issues, Plaintiff's motions #11 and #13.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The court determines that the Magistrate's rulings contained within its Minute Order (#35) entered on January 8, 2008, should be adopted and accepted.

///

///

///

///

IT IS THEREFORE ORDERED that the Magistrate Judge's rulings contained within its Minute Order (#35) entered on January 8, 2008, are sustained and Plaintiff's motion and objections (#41) is denied.

IT IS SO ORDERED.

DATED this 13th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE