UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN FERNANDEZ, ) | |
| ) | 3:06-cv-00628-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| STATE OF NEVADA, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court are Plaintiff's Emergency Motion for Temporary Restraining Order (#156) and Emergency Motion for Preliminary Injunction (#157). The Government responded (#166/167), and Plaintiff replied (#185).

Plaintiff is seeking an emergency motion for temporary restraining order and preliminary injunction to prevent the Government from applying the provisions of Nev. Rev. Stat. 213.1214 to him. Plaintiff was scheduled to go before the Psychological Review Panel on November 17, 2008. Plaintiff was informed on September 28, 2008, that he would be seen *in absentia* by the Parole Board on October 8, 2008. Plaintiff received notice on October 23, 2008, that he had been denied parole until July 1, 2011. Plaintiff was removed from the November 17, 2008, Psychological Review Panel Agenda by Dr. Schofield on November 3, 2008, because Plaintiff had already been denied parole making an evaluation by the Psychological Review Panel unnecessary.

///

///

1  Plaintiff's emergency motions for temporary restraining order (#156) and preliminary
2  injunction (#157) are denied as moot.
3  IT IS SO ORDERED.
4  DATED this 16th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE