1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                    * * * * *

9    KEVIN FERNANDEZ,                    )
                                         )
10                  Plaintiff,           )        3:06-cv-00628-LRH-RAM
                                         )
11   v.                                  )
                                         )        O R D E R
12   THE STATE OF NEVADA, et al.,        )
                                         )
13                  Defendants.          )
     _____ )

14

15          Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A.

16   McQuaid, Jr., (#417[1]) entered on February 22, 2010, recommending denying Plaintiff's Motion for a

17   Temporary Restraining Order (#322).  Plaintiff filed his Objection to the Report and Recommendation

18   by U.S. Magistrate McQuaid  (#445) on April 26, 2010, and Defendants have not filed an opposition

19   to Plaintiff's Objection to Report and Recommendation of U.S. Magistrate Judge, pursuant to 28 U.S.C.

20   § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for

21   the District of Nevada.

22          The Court has conducted its *de novo* review in this case, has fully considered the objections of

23   the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record  pursuant

24   to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's

25

26          [1]Refers to court's docket number.

1    Report and Recommendation (#417) entered on February 22, 2010, should be adopted and accepted.

2           IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

3    (#417) entered on February 22, 2010, is adopted and accepted, and Plaintiff's Motion for Temporary

4    Restraining Order (#322) is DENIED.

5           IT IS SO ORDERED.

6           DATED this 26th day of May, 2010.

7

8

9           _____

10          LARRY R. HICKS
            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                              2