UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| KEVIN FERNANDEZ, ) ) Plaintiff, ) ) v. ) ) THE STATE OF NEVADA, et al., ) ) Defendants. ) ) | 3:06-cv-00628-LRH-RAM<br><br>O R D E R |

On May 11, 2010, Magistrate Judge Robert A. McQuaid, Jr., entered a Minute Order (#449) granting defendants' Motion for Enlargement of Time Nunc Pro Tunc (First Request) (#448).

On May 24, 2010, plaintiff filed a Motion for Review and Objection to Magistrate's Order (#453).

Having considered the order and the objection, the court finds that the order is neither clearly erroneous nor contrary to law, and therefore the court hereby overrules the objection and affirms the ruling.

///

///

///

///

1  IT IS HEREBY ORDERED that the court's order (#449) is AFFIRMED and the Motion for
2  Review and Objection to Magistrate's Order  (#453) is DENIED.
3  IT IS SO ORDERED.
4  DATED this 1st day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2