UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN FERNANDEZ,                )   CASE NO. 3:06-cv-628-LRH(RAM)
                                )
       Plaintiff,               )   ORDER
                                )
vs.                             )
                                )
STATE OF NEVADA, et al.,        )
                                )
       Defendant.               )
_____)

This case is currently scheduled for trial on the stacked calendar of MARCH 1, 2011.

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr. for the purpose of conducting a settlement conference.

DATED this 23rd day of August, 2010.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE