UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ, | CASE NO. 3:06-CV-0628-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: AUGUST 25, 2010 |
| STATE OF NEVADA, et al. | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE
Deputy Clerk: JENNIFER COTTER    Reporter: FTR: 11:01:05 a.m. - 11:40:00 a.m.
Counsel for Plaintiff(s): KEVIN FERNANDEZ, In Pro Per (telephonically)
Counsel for Defendant(s): ALICIA LERUD (telephonically)

**PROCEEDINGS: MOTION HEARING**

11:01 a.m. Court convenes.

**Motion for Leave to Amend Civil Rights Complaint (#467)**

The parties present argument as to their respective positions regarding the subject motion. The Court sets forth its findings on the record. IT IS ORDERED that the Motion for Leave to Amend Civil Rights Complaint is DENIED.

**Motion for Contempt of Court and/or Motion to Increase Copy Fee Limit (#478)**

IT IS ORDERED that the Motion to Increase Copy Fee Limit is GRANTED. Plaintiff shall be allowed an additional $150.00 to his copy limit bringing said limit to **$750.00**. This limit of $750.00 shall not change between now and the conclusion of this case, even if Plaintiff makes payments on previous copy charges.

**Motion for Contempt of Sanctions (#436)**

Plaintiff represents he wishes to withdraw this motion. Therefore, IT IS ORDERED that the Motion for Contempt of Sanctions is DENIED AS MOOT.

11:31 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk