## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN LYNN FERNANDEZ, ) | 3:06-CV-628-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | January 12, 2011 |
| STATE OF NEVADA, et al., ) | |
| Defendants. ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:  <u>JENNIFER COTTER</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Hearing Transcripts at No Cost to Plaintiff (Doc. #523).

Plaintiff's Motion for Hearing Transcripts at No Cost to Plaintiff (Doc. #523) is **DENIED**. Plaintiff may submit a transcript request form to the Clerk of the Court together with the appropriate fee.  The Clerk shall **SEND** a transcript request form to Plaintiff for his use.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>    /s/                        </u>
　　　Deputy Clerk