UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| KEVIN LYNN FERNANDEZ, | ) | 3:06-cv-00628-LRH-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 18, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. MCQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Court to Compel Attendance at Conference Hearing and/or Motion for Subpoena to Issue and Serve (#570). No opposition has been filed. The court has reviewed the motion. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Court to Compel Attendance at Conference Hearing and/or Motion for Subpoena to Issue and Serve (#570) is DENIED.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk