UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN LYNN FERNANDEZ, | ) | 3:06-cv-00628-LRH (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 15, 2012 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Defendants have filed a Motion for Clerk to Serve Defendants with Plaintiff's Motion to Compel Enforcement of the Settlement Agreement and all accompanying exhibits. (Doc. # 594.) Defendants represent that to date, Plaintiff has not served a legible copy of his motion (Doc. # 564) on Defendants.

　　Good cause appearing, Defendants' motion (Doc. # 594) is **GRANTED**, and the court **DIRECTS THE CLERK'S OFFICE TO SERVE DEFENDANTS WITH A COPY OF PLAINTIFF'S MOTION (DOC. # 564) AND ALL RELATED EXHIBITS (DOCS. # 563, # 571-1, # 576-1, # 576-2 AND # 587-1)**. Plaintiff is reminded of his obligation to serve Defendants with a legible copy of all documents filed in this case.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:   /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk