UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

KEVIN FERNANDEZ,

        Plaintiff,                     3:06-cv-00628-LRH-WGC

v.

                                      O R D E R

STATE OF NEVADA, et al.,

        Defendants.

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#591[1]) entered on February 9, 2012, recommending that Plaintiff's Motion for Evidentiary Hearing and Limited Discovery (#552) filed on August 23, 2011, be denied. Plaintiff filed his Objections to the Report and Recommendation (#611) on March 5, 2012. Defendants have not filed a response to the objections. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636(b)(1)(A) and Local Rule 1B 3-1(a) of the Rules of Practice of the United States District Court for the District of Nevada.

      It appearing to the Court that the Magistrate Judge's Report and Recommendation is neither erroneous nor contrary to law, and good cause appearing, the Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#591) entered on February 9, 2012, is ADOPTED and ACCEPTED, and Plaintiff's Motion for Evidentiary Hearing and Limited Discovery (#552) is DENIED.

IT IS SO ORDERED.

DATED this 20th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE