UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN LYNN FERNANDEZ,                    )
                                         )
                Plaintiff,               )          3:06-cv-0628-LRH-WGC
                                         )
      v.                                 )
                                         )          ORDER
STATE OF NEVADA, et al.,                 )
                                         )
                Defendants.              )
_____  )

        Before the court are plaintiff Kevin Lynn Fernandez's ("Fernandez") various motions to

reconsider including: (1) motion to reconsider the Magistrate Judge's order granting his motion for

a sur-reply (Doc. #626[1]); (2) motion to reconsider the Magistrate Judge's order denying his motion

for contempt sanctions (Doc. #627); (3) motion to review the Magistrate Judge's order denying his

motion to file supplementary exhibits (Doc. #638); and (4) motion to review the Magistrate Judge's

order denying his motion to file supplementary authorities (Doc. #639).

**A.      Motion to Reconsider (Doc. #626)**

        Fernandez challenges the Magistrate Judge's order (Doc. #613) granting his motion to file a

sur-reply (Doc. #612) but finding that his sur-reply did not affect the outcome of the Magistrate

Judge's report and recommendation (Doc. #610). Local Rule IB 3-1 authorizes a District Judge to

_____

        [1] Refers to the court's docket entry number.

reconsider any pretrial matter referred to a magistrate judge pursuant to LR IB 1-3 where it has

been shown that the Magistrate Judge's order is clearly erroneous or contrary to law. Here,

Fernandez argues that the Magistrate Judge's order was in error because his sur-reply contained

legal and factual arguments that would have affected the outcome of the report and

recommendation. *See* Doc. #626.

The court finds that Fernandez's argument is without merit. The Magistrate Judge issued a

clear order identifying all of the issues outlined in Fernandez's sur-reply and determined point by

point how they did not affect the report and recommendation. Fernandez does not provide any

legal or factual support warranting reconsideration of the court's order other than his own

conclusory arguments. *See United States v. Cuddy*, 147 F.3d 1111, 1114 (9th Cir. 1998) (holding

that a previous order may be reconsidered when the decision is clearly erroneous, there has been an

intervening change of law, or there is manifest injustice). Accordingly, the court shall affirm the

Magistrate Judge's order and deny Fernandez's motion for reconsideration.

**B.      Motion to Reconsider (Doc. #627)**

Fernandez next challenges the Magistrate Judge's order (Doc. #609) denying his motion for

contempt sanctions against his former counsel, Jeffrey S. Blanck ("Blanck") (Doc. #599).

Fernandez contends that the Magistrate Judge improperly concluded that Blanck had satisfied his

duty to Fernandez by sending the client file because, as Fernandez claims, the file was incomplete.

However, Fernandez provides no evidence to support his claim that Blanck misrepresented to the

court that he had complied with all of the court's prior orders and mailed Fernandez all the

documents in his possession. Accordingly, the court shall deny Fernandez's motion.

**C.      Motions to Review (Doc. ##638, 639)**

In his motions for review, Fernandez argues that the Magistrate Judge was without authority

to issue the underlying orders (Doc. ##632, 633) because (1) this action was not referred to the

magistrate judge, and (2) the motions were dispositive in nature and, as such, were out of a

2

1    magistrate judge's purview.

2          The court finds that Fernandez's arguments are without merit. First, this action was properly

3    referred to the Magistrate Judge pursuant to LR IB 1-3 which provides that "a magistrate judge may

4    hear and finally determine any pretrial matter not specifically enumerated as an exception in

5    28 U.S.C. § 636(b)(1)(A)." Because Fernandez's motions to file supplements are not an

6    enumerated exception under 28 U.S.C. § 636(b)(1)(A), the Magistrate Judge had authority to

7    decide the motions and issue appropriate orders. Second, motions to file supplements are not

8    dispositive motions because by their nature they only seek to add additional information to the

9    record for the court's consideration. Accordingly, the court shall affirm the Magistrate Judge's

10   orders and deny Fernandez's motions for review.

11

12         IT IS THEREFORE ORDERED the plaintiff's motion for reconsideration (Doc. #626);

13   motion for reconsideration (Doc. #627); motion for review (Doc. #638); and motion for review

14   (Doc. #639) are DENIED.

15         IT IS SO ORDERED.

16         DATED this 10th day of August, 2012.

17

18                                                    _____

19                                                    LARRY R. HICKS
                                                      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

                                                      3