UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

KEVIN FERNANDEZ,            )
                            )
     Plaintiff,           )   3:06-cv-00628-LRH-WGC
                            )
v.                          )
                            )   O R D E R
STATE OF NEVADA, et al.,    )
                            )
     Defendants.          )
_____)

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#610[1]) entered on March 1, 2012, recommending granting Defendants' Motion to Enforce Settlement (#577) filed on November 10, 2012, and denying Plaintiff's Motion to Compel Enforcement of the Settlement Agreement (#564) filed on November 22, 2011. Plaintiff filed his Objection to Magistrate 's Report and Recommendation (#625) on March 26, 2012, and Defendants filed their Response to Plaintiff's Objection to Magistrate's Report and Recommendation on April 4, 2012 (#634). Plaintiff then filed his Reply to Defendants' Response to Plaintiff's Objections to Magistrate's Report and Recommendation and Motion for Review of Order (#637) on April 12, 2012. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1]Refers to court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of the Defendants, the Reply of Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#610) entered on March 1, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#610) entered on March 1, 2012, is adopted and accepted, and Defendants' Motion to Enforce Settlement (#577) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Enforcement of the Settlement Agreement (#564) is DENIED.

IT IS SO ORDERED.

DATED this 10th day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE