UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

KEVIN FERNANDEZ, )
                                  ) 3:06-cv-00628-LRH-WGC
          Plaintiff, )
                                  ) <u>ORDER</u>
v. )
                                  )
STATE OF NEVADA, et al., )
                                  )
          Defendants. )

      Before the court is plaintiff Kevin Fernandez's Motion for Reconsideration (#710[1]) of the court's order denying his request for transcripts at government expense. These transcripts have been produced following the Ninth Circuit's order (#715). Therefore, Fernandez's Motion for Reconsideration (#710) is DENIED as moot.

      IT IS SO ORDERED.

      DATED this 10th day of September, 2013.

                                                             _____
                                                             LARRY R. HICKS
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.