UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN FERNANDEZ, | ) |
|           Plaintiff, | ) 3:06-cv-00628-LRH-WGC |
| v. | ) ORDER |
| STATE OF NEVADA, et al., | ) |
|           Defendants. | ) |

Before the court is plaintiff Kevin Fernandez's Motion for Reconsideration (#710[1]) of the court's order denying his request for transcripts at government expense. These transcripts have been produced following the Ninth Circuit's order (#715). Therefore, Fernandez's Motion for Reconsideration (#710) is DENIED as moot.

IT IS SO ORDERED.

DATED this 10th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket entry number.